*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

v.

DAVID H. PESKIN

Case Number: 00-6042 CIV-SEITZ

MAGISTRATE JUDGE GARBER

**TO:** *(Name and Address of Defendant)*

DAVID H. PESKIN
2501 S. OCEAN DR.

APT. 638
HOLLYWOOD, FL 33019

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

BY DEPUTY CLERK

JAN 10 2000   DATE