UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No.:  00-6042-CIV-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DAVID H. PESKIN

        Defendant.

_____ /

### DEFENDANT'S DEFAULT

    DEFAULT ENTERED as to defendant,  David H. Peskin, on this ___29^{TH}___ day of ___MAR___, 2000.


                      CLARENCE MADDOX
                      COURT ADMINISTRATOR
                      CLERK OF THE COURT

        BY:

                      DEPUTY CLERK

