UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6042-CIV-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID H. PESKIN,

        Defendant.
_____/

## RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been compromised with the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to release and cancel said judgment of record. Said judgment was duly recorded on April 21, 2000, in the Public Records of Broward County, Florida in Official Records Book 33271, Page1175.



RELEASE OF LIEN
U.S. v. David H. Peskin
CASE NO. 00-6042-CIV-SEITZ

Witness my hand and seal this
30th day of March, A.D. 2004

Signed, Sealed and Delivered in
Presence of:

*Brenda Glasford*
Brenda Glasford

*Magda del Valle*
Magda del Valle

By: *Karin D. Wherry*

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 30th day of March, A.D. 2004.



Rolando A. Leon
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath